RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| AIM IP, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALTIGEN COMMUNICATIONS, INC., a California corporation.<br><br>　　　　　Defendant. | Case No. SACV12-00908-AG (MLGx)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT ALTIGEN COMMUNICATIONS, INC. WITH PREJUDICE** |

Plaintiff AIM IP, LLC and Defendant Altigen Communications, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss all claims asserted between Plaintiff AIM IP, LLC and Defendant Altigen Communications, Inc. in this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 14, 2013

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: _/s/ Alexander C.D. Giza_
　　　Alexander C.D. Giza

Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Fredricka Ung, State Bar No. 253794
Email: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
AIM IP, LLC

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 14, 2013 with a copy of this document via the Court's CM/ECF systems per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Clas Mail on this date.

*/s/ Alexander C.D. Giza*
Alexander C.D. Giza